**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID KITTOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL PURSUANT** |
| v. | ) | **TO F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| | ) | |
| | ) | Civil Action No. 1:16-cv-9818 |
| | ) | |
| DONALD J. TRUMP FOR PRESIDENT, INC., | ) | |
| DONALD TRUMP, SR., DONALD TRUMP, | ) | |
| JR., MICHAEL PENCE, and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff,

David Kittos by and through his Attorneys, Blaise & Nitschke, P.C., hereby gives notice that the

above-captioned action is voluntarily dismissed, with prejudice against the Defendants Donald J.

Trump For President, Inc., Donald Trump, Sr., Donald Trump, Jr., Michael Pence, and Does 1-10.

Dated: December 8, 2016

Respectfully submitted,
Plaintiff, David Kittos

By: /s/ Heather L. Blaise
Heather L. Blaise
One of his attorneys

Heather L. Blaise, 6298241
Blaise & Nitschke, P.C.
123 N. Wacker St., Suite 250
Chicago, Illinois 60606
(O)(312) 448-6602
(F)(312) 803-1940
hblaise@blaisenitschkelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, being first duly deposes and states that the above was served to all parties of record via the CM/ECF electronic filing system on this 8th day of December, 2016.

/s/ Heather L. Blaise
Heather L. Blaise

Heather L. Blaise, 6298241
Blaise & Nitschke, P.C.
123 N. Wacker St., Suite 250
Chicago, Illinois 60606
(O)(312) 448-6602
(F)(312) 803-1940
hblaise@blaisenitschkelaw.com